IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02106-RPM

MONTE HUMPHREY,

        Plaintiff,

v.

BOTTLING GROUP, LLC, also known as THE PEPSI BOTTLING GROUP and
ENPROTECH PROCESSING SERVICES, LLC, a/k/a BEVERAGE GROUP, INC.,
f/k/a ACQUIRED RDM TECHNOLOGIES, INC., and
RDM TECHNOLOGIES

        Defendants.

---

### ORDER AMENDING CAPTION

---

Pursuant to the Unopposed Motion to Amend Caption, filed on October 24, 2005, it is

ORDERED that the caption is amended to include RDM Technologies in an individual capacity.

DATED: October 25, 2005

                              BY THE COURT:

                              */s/ Richard P. Matsch*

                              Richard P. Matsch, Senior District Judge