IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02106-RPM

MONTE HUMPHREY,

       Plaintiff,

v.

BOTTLING GROUP, LLC, also known as THE PEPSI BOTTLING GROUP and
ENPROTECH PROCESSING SERVICES, LLC,    a/k/a BEVERAGE GROUP, INC.,
f/k/a ACQUIRED RDM TECHNOLOGIES, INC., and
RDM TECHNOLOGIES,

       Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16.2A and 29.1,  it is

ORDERED that a scheduling conference will be held on **December 20, 2005,**

**at 11:00 a.m.** in Courtroom A, Second Floor, the Byron White United States

Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to

comply with the Instructions for Preparation of Scheduling Order which may be found

at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with

those instructions.  Proposed orders are to be double-spaced.  In addition, the

proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to

**Matsch_Chambers@cod.uscourts.gov**.

    Dated:October 26, 2005

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge