IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02106-RPM

MONTE HUMPHREY,

       Plaintiff,

v.

BOTTLING GROUP, LLC, also known as THE PEPSI BOTTLING GROUP and
ENPROTECH PROCESSING SERVICES, LLC,     a/k/a BEVERAGE GROUP, INC.,
f/k/a ACQUIRED RDM TECHNOLOGIES, INC., and
RDM TECHNOLOGIES,

       Defendants,
  and

RDM TECHNOLOGIES, INC.,

       Third-Party Plaintiff,

v.

PORTER ADVENTIST HOSPITAL,

       Third-Party Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16.2A, it is

      ORDERED that a scheduling conference will be held on **March 24, 2006, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges    frame.htm** (Judge Richard P. Matsch

Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**.

Dated:January 31, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge