**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 05-cv-02106-RPM

MONTE HUMPHREY,

    Plaintiff,

v.

BOTTLING GROUP, LLC, also known as THE PEPSI BOTTLING GROUP; ENPROTECH PROCESSING SERVICES, LLC, a/k/a BEVERAGE GROUP, INC., f/k/a ACQUIRED RDM TECHNOLOGIES, INC.

    Defendants,

and RDM TECHNOLOGIES, INC.,

    Third-Party Plaintiff,

v.

CENTURA HEALTH d/b/a PORTER ADVENTIST HOSPITAL,

    Third-Party Defendant.

---

**ORDER GRANTING BOTTLING GROUP LLC'S MOTION
FOR LEAVE TO FILE CROSSCLAIM**

---

THIS MATTER, coming before the Court on Defendant Bottling Group LLC's Unopposed Motion for Leave to File Cross-Claim Against Defendants RDM Technologies, Inc. and Enprotech Processing Services, LLC a/k/a Beverage Group, Inc., and the Court being fully advised,

HEREBY GRANTS Defendant Bottling Group LLC leave to file its Cross-Claim. The Cross-Claim attached as Exhibit A to Defendant's Motion is accepted as filed as of the date of this Order.

-2-

DONE this 31st  day of March, 2006.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Senior District Judge