IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02106-RPM

MONTE HUMPHREY,

        Plaintiff,

v.

BOTTLING GROUP, LLC, also known as THE PEPSI BOTTLING GROUP and
ENPROTECH PROCESSING SERVICES, LLC, a/k/a BEVERAGE GROUP, INC.,
f/k/a ACQUIRED RDM TECHNOLOGIES, INC., and
RDM TECHNOLOGIES,

        Defendants,
   and

RDM TECHNOLOGIES, INC.,

        Third-Party Plaintiff,

v.

PORTER ADVENTIST HOSPITAL,

        Third-Party Defendant.

---

ORDER DENYING PORTER ADVENTIST HEALTH SYSTEM'S MOTION TO DISMISS

---

      Upon consideration of the motion to dismiss the amended third-party complaint filed by RDM Technologies, Inc., defendant Porter Adventist Health System asserts that the Certificate of Review, submitted January 25, 2006, as Document 25, is inadequate under C.R.S. § 13-20-602 because it refers to a licensed professional with expertise in emergency medicine rather than a standard of care for hospital or nurses.  It is

ORDERED that the motion is denied.

Dated: July 7, 2006

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge