IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT
DENVER, COLORA

AUG 30 2006

GREGORY C. L

Case No. 05-CV-02106-RPM-PAC

MONTE HUMPHREY,

    Plaintiff,

v.

BOTTLING GROUP, LLC, also known as THE PEPSI BOTTLING GROUP and ENPROTECH PROCESSING SERVICES, LLC, a/k/a BEVERAGE GROUP, INC., f/k/a ACQUIRED RDM TECHNOLOGIES, INC.,

    Defendants,

and

RDM TECHNOLOGIES, INC.

    Defendant and Third-Party Plaintiff,

v.

CENTURA HEALTH d/b/a PORTER ADVENTIST HOSPITAL,

    Third-Party Defendant,

BOTTLING GROUP, LLC,

    Cross-Claimant,

RDM TECHNOLOGIES, INC. and ENPROTECH PROCESSING SERVICES, LLC,

    Cross-Claim Defendants.

---

**ORDER GRANTING PLAINTIFF'S EXTENSION OF TIME TO RESPOND TO BOTTLING GROUP LLC'S FIRST DISCOVERY TO PLAINTIFF**

---

    THIS MATTER, having come before the Court on Plaintiff's Motion for Extension of Time to Respond to Bottling Group LLC's First Discovery to Plaintiff; and the Court having reviewed the file and being otherwise fully advised in the premises,

HEREBY GRANTS said Motion and Plaintiff is granted an extension of time to and including September 22, 2006, within which to respond to Bottling Group LLC's First Set of Interrogatories and Requests for Production of Document.

DONE this 30th day of August, 2006.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge