IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02106-RPM

MONTE HUMPHREY,

    Plaintiff,

v.

BOTTLING GROUP, LLC, also known as THE PEPSI BOTTLING GROUP and
ENPROTECH PROCESSING SERVICES, LLC, a/k/a BEVERAGE GROUP, INC., f/k/a ACQUIRED RDM TECHNOLOGIES, INC.,

    Defendants,

and

RDM TECHNOLOGIES, INC.

    Defendant and Third-Party Plaintiff,

v.

CENTURA HEALTH d/b/a PORTER ADVENTIST HOSPITAL,

    Third-Party Defendant,

BOTTLING GROUP, LLC,

    Cross-Claimant,

RDM TECHNOLOGIES, INC. and ENPROTECH PROCESSING SERVICES, LLC,

    Cross-Claim Defendants.

---

## ORDER

---

After having reviewed plaintiff Monte Humphrey's motion for protective order, filed September 6, 2006 [58], and Porter Adventist Health System's response, filed September 7, 2006 [60], it is

ORDERED that plaintiff's motion for protective order is denied.

Dated: September 8th, 2006

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge