**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 05-cv-02106-RPM

MONTE HUMPHREY,

       Plaintiff,

v.

RDM TECHNOLOGIES, INC.

       Defendants,

and

RDM TECHNOLOGIES, INC.,

       Third-Party Plaintiff,

v.

CENTURA HEALTH d/b/a PORTER ADVENTIST HOSPITAL,

       Third-Party Defendant.

**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ENPROTECH AND PBG
AND PBG'S CROSS-CLAIMS**

THE COURT, having considered the Stipulated Motion for Dismissal With Prejudice of Plaintiff's Claims Against Enprotech and PBG, and the Stipulated Motion for Dismissal With Prejudice of PBG's Cross-Claims Against Enprotech and RDM, being fully advised, and finding good cause exists, hereby ORDERS that:

1.      All claims asserted by Plaintiff against Enprotech Processing, LLC ("Enprotech," a/k/a Beverage Group Inc., f/k/a RDM Technologies, Inc.) and Bottling Group, LLC a/k/a The Pepsi Bottling Group ("PBG") are dismissed with prejudice, each party to bear his or its own costs and attorneys' fees associated with those claims.

-2-

2.   All cross-claims asserted by PBG against Enprotech and RDM Technologies, Inc. ("RDM," n/k/a The Beverage Group, Inc.) are dismissed with prejudice, each party to bear its own costs and attorneys' fees associated with those cross-claims.

3.   This Order does not affect the claims asserted in this action by Plaintiff against RDM Technologies, Inc., or the claims asserted in this action by RDM Technologies, Inc. against Porter Adventist Health System.

4.   As a result of the above-referenced dismissals, PBG and Enprotech are longer parties to this action. Their names are hereby deleted from the caption, and the caption in this matter shall be amended as reflected above.

Dated this 16th day of April, 2007.

BY THE COURT:

s/Richard P. Matsch

_____

United States District Court Judge