**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                December 20, 2005
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-02106-RPM

| | |
|---|---|
| MONTE HUMPHREY, a Colorado resident, | John Rossi |
| Plaintiff, | |
| v. | |
| RDM TECHNOLOGIES, INC., | John C. Parks |
| | C. Adam Foster |
| Defendant and third-Party Plaintiff, | |
| v. | |
| PORTER ADVENTIST HOSPITAL, | Della S. Nelson |
| Third-Party Defendant. | |

_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**10:02 a.m.     Court in session.**

Court's preliminary remarks.

10:04 a.m.     Mr. Rossi answer questions asked by the Court regarding plaintiff's claims.

Mr. Rossi states there are no permanent injury claims.

10:08 a.m.     Argument by Ms. Nelson [67].
10:12 a.m.     Argument by Mr. Parks.
10:19 a.m.     Rebuttal argument by Ms. Nelson.

**ORDERED:     Porter Adventist Health System's Motion for Summary Judgment, filed October 17, 2006 [67], is denied.**

10:21 a.m.     Argument by Mr. Parks [71 and 79].
10:27 a.m.     Argument by Mr. Rossi.

**ORDERED:     RDM's Motion for Summary Judgment, filed December 15, 2006 [71], is denied.**

October 25, 2007
05-cv-02106-RPM

**ORDERED:   RDM's Second Motion for Summary Judgment or in the Alternative Motion in Limine to Exclude OSHA Records Evidence, filed February 9, 2007 [79], is denied and evidentiary rulings shall be made during trial.**

Discussion regarding scheduling.

**ORDERED:   Pretrial conference scheduled November 16, 2007 at 2:30 p.m. Proposed pretrial order shall be submitted in paper directly to chambers by November 8, 2007.**

**10:31 a.m.    Court in recess.**

Hearing concluded.   Total time in court: 29 min.