THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02106-RPM

MONTE HUMPHREY, a Colorado resident,

       Plaintiff,

v.

RDM TECHNOLOGIES, INC.

       Defendant and Third-Party Plaintiff,

v.

CENTURA HEALTH d/b/a PORTER ADVENTIST HOSPITAL,

       Third Party Defendant.
_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing on motions today, it is

ORDERED that a pretrial conference is scheduled for **November 16, 2007, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **November 8, 2007.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 25th, 2007.

                                          BY THE COURT:

                                          s/Richard P. Matsch_____
                                          Richard P. Matsch, Senior District Judge