IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                 November 16, 2007
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Bernique Abiakam

_____

Civil Action No. 05-cv-02106-RPM

MONTE HUMPHREY, a Colorado resident,                      John Rossi

     Plaintiff,

v.

RDM TECHNOLOGIES, INC.,                                    John C. Parks
                                                           C. Adam Foster
     Defendant and third-Party Plaintiff,

v.

PORTER ADVENTIST HOSPITAL,                                 Della S. Nelson

     Third-Party Defendant.
_____

### COURTROOM MINUTES
_____

**Pretrial Conference**

**2:24 p.m.      Court in session.**

Discussion regarding settlement, pending motion to designate settling non party, case facts, witnesses and scheduling.

**ORDERED**:   RDM's Motion to Designate Bottling Group, LLC as a Settling Non-Party at Fault Pursuant to C.R.S. §13-21-111.5(3)(b), filed May 8, 2007 [89], is granted.
Joinder in RDM's Motion to Designate Bottling Group, LLC as a Settling NonParty at Fault Pursuant to C.R.S. §13-21-111.5(3)(b), filed May 8, 2007 [90], is granted.

Court instructs defendants counsel to inform Mr. Rossi if they determine not to proceed with claim against settling non-party.

**ORDERED:**   Pretrial order entered.
4 to 5 day jury trial scheduled April 7, 2008.

**2:45 p.m.      Court in recess.**

Hearing concluded.  Total time: 21 min.