THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02106-RPM

MONTE HUMPHREY, a Colorado resident,

        Plaintiff,

v.

RDM TECHNOLOGIES, INC.

        Defendant and Third-Party Plaintiff,

v.

CENTURA HEALTH d/b/a PORTER ADVENTIST HOSPITAL,

        Third Party Defendant.
_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on November 16, 2007, it is

ORDERED that this matter is set for trial to jury on **April 7, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: November 19th, 2007.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge