THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02106-RPM

MONTE HUMPHREY, a Colorado resident,

    Plaintiff,

v.

RDM TECHNOLOGIES, INC.

    Defendant and Third-Party Plaintiff,

v.

CENTURA HEALTH d/b/a PORTER ADVENTIST HOSPITAL,

    Third Party Defendant.
_____

**ORDER OF DISMISSAL**
_____

Pursuant to the Stipulation for Dismissal with Prejudice [114], filed on March 21, 2008, it is

ORDERED this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

DATED: March 24th, 2008.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge